UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 21-3389 (APM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated September 26, 2024, Defendant, the United States Department of Justice and specifically, its component, the Federal Bureau of Investigation ("FBI"), and Plaintiff, Judicial Watch, Inc., by and through their respective counsel, hereby submit this joint status report. In this Freedom of Information Act ("FOIA") case, Plaintiff seeks records related to an October 4, 2021, memorandum issued by the Attorney General. *See* Compl. ¶ 5, ECF No. 1.

As noted in the parties' previous joint status reports, after completing its initial search, the FBI performed a supplemental search, followed by three additional searches to pursue potential leads that might uncover additional records. The first additional search yielded approximately 2,921 pages of potentially responsive material. The second additional search yielded approximately 196 pages of potentially responsive material. Lastly, the third additional search yielded approximately 4,956 pages of potentially responsive information. Starting in July 2023, the FBI has been processing material gathered from the additional searches at a rate of 500 pages per month, and produced all segregable, non-exempt portions of that material on the 14th day of each month.

2

As the parties reported in their September 20, 2024 joint status report, the FBI completed its review of all potentially responsive information. The FBI continues to wait for responses from two other government agencies to which it consulted material. At Plaintiff's request, the FBI conferred with these other government agencies to ask whether those agencies could provide an estimated date when they would complete their respective reviews of the consulted materials. One agency reported that it will begin providing the FBI with rolling releases of consulted materials this month, with further responses provided every thirty to forty-five days until all pages have been processed. The other agency reported that it estimates providing the FBI with a response within sixty days or by March 7, 2025. As the FBI receives those releases/responses, it will review the consulted material, again, to apply any additional redactions to FBI information included in those records, if required, and will release any non-exempt, segregable information contained in the referred material to Plaintiff thereafter and on a rolling basis.

In light of the current status of Plaintiff's FOIA request, the parties respectfully request that they be allowed to file a further joint status report in approximately 60 days or by March 18, 2025, to apprise the Court of the status of Plaintiff's FOIA request, and if necessary, to propose a schedule for further proceedings.

*   *   *

Date: January 23, 2025

/s/ Ramona R. Cotca
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
e-mail: rcotca@judicialwatch.org

*Counsel for Plaintiff Judicial Watch, Inc.*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052, United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Anna D. Walker
ANNA D. WALKER
Assistant United States Attorney
601 D Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 252-2544
anna.walker@usdoj.gov

*Counsel for the United States*